AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2007 JUN -1 PM 2:48

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| EWART JOEL STEWARD, JR. | CASE NUMBER: 3:00-cr-172-J-20HTS<br>USM NUMBER: 28988-018 |

Defendant's Attorney: J. Craig Williams, Jr., Esq. (ret)

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers One through Three of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Purchase of live round of ammunition and possession of a firearm or concealed weapon by a convicted felon. | September 2006 |
| Two | Possession of a firearm, ammunition or a destructive device. | September 2006 |
| Three | Failure to answer truthfully. | September 2006 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: May 31, 2007

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: June __1__, 2007

| | |
|---|---|
| Defendant: EWART JOEL STEWARD, JR. | Judgment - Page 2 of 2 |
| Case No.: 3:00-cr-172-J-20HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **six (6) months, to run consecutively to the sentence of imprisonment imposed in Case No. 3:06-cr-416-J-20HTS.**

__X__ The Court makes the following recommendations to the Bureau of Prisons:
FCI Coleman.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.  p.m. on _____.

    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL